955 F.2d 1152
 58 Empl. Prac. Dec. P 41,260
 Steve LUCKETT, individually and as representative of the
class of Plaintiffs, Plaintiffs-Appellants,
v.
Helen R. JETT,* individually and in her
official capacity as Director of the Illinois
Department of Human Rights, Defendant-Appellee.
 No. 89-2529.
 United States Court of Appeals,
Seventh Circuit.
 Argued May 17, 1990.
Decided Feb. 4, 1992.
 
 1
 Amended opinion published.
 
 
 
 *
 After this litigation was commenced Helen R. Jett replaced Joyce E. Tucker as Director of the Illinois Department of Human Rights